■ In the Matter of the Claim of CLAUDE J. CHRISTIAN, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 3, 1975, which affirmed the decision of a referee sustaining the initial determination of the Industrial Commissioner disqualifying claimant from receiving benefits on the ground that he voluntarily left his employment without good cause. Claimant, a technical clerk, resigned because he contended that the employer, operator of a nuclear power plant, was maintaining nuclear power equipment which was hazardous to claimant's health and safety. The denial of benefits was supported by substantial evidence and must be affirmed. Claimant was not advised by a physician to leave his work and there was no medical evidence that his health was impaired during his employment with this employer. Furthermore, claimant's work as a clerk did not involve his being present in the plant with the reactors. Moreover, the radiation measurements which prompted claimant's decision to leave his job were made by himself with an "old civil defense Geiger counter" described by claimant as "not really accurate". Decision affirmed, without costs. Koreman, P. J., Greenblott, Main, Herlihy and Reynolds, JJ., concur.

■ In the Matter of the Claim of ADELE GORDON, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed July 25, 1975, which affirmed the decision of a referee modifying and sustaining, as modified, an initial determination of the Industrial Commissioner disqualifying claimant from unemployment insurance benefits because she was not available for employment. Availability for employment during any specific period is a question of fact to be determined by the board. If it is based upon substantial evidence, it must be sustained (Matter of Bennett [Catherwood], 33 AD2d 946). Upon review of the record, we find substantial evidence to support the decision of the board. Decision affirmed, without costs. Koreman, P. J., Sweeney, Kane, Mahoney and Main, JJ., concur.